Michael Idrogo, Public Servant, State of Texas,  (     No. 04-15-00328-CV
Plaintiff/Relator/Appellant,     (

v.     (     Dist. Court Case No. **2010-CI-12389**

Sarah Garrahan, et alia (in official and     (     Jury Trial Demand; demand for immediate
individual capacities), and others yet to be     (     suspension of county personnel
named, Defendants/Respondents,     (     pending trial



### APPEALLANT'S RESPONSE TO 5 JUNE 2015 ORDER

Michael Idrogo, Public Servant, State of Texas, Plaintiff/Relator/Appellant filed this Appeal and complains of the following:

1. On Friday 18 December 2014, Judge Nellermoe acknowledge the other parties had not appeared at a hearing for dismissal; Idrogo filed a motion for default judgment – which has yet to be ruled in favor of Idrogo since the other parties did not appear at the hearing.

2. TRCP requires one of the other parties to file a motion for dismissal; none of the other parties filed a motion for dismissal.

3. At the 18 December 2014 hearing, a staff attorney met with Idrogo and Idrogo stated he was ready for pre-trial conference and had so filed a motion prior to the 18th of December 2014. At the next hearing Idrogo pointed out the outstanding *Motion For Default Judgment* and Idrogo's filing declaring ready for pre-trial conference; both of which were ignored by the same staff attorney, a Black man, who never gave his name; Idrogo complains of Deprivation of Civil Rights; Violation of Equal Rights; Violation of Due Process; Discrimination on the Basis of Race; (felony) Retaliation; Official Oppression; Aabuse of Office; 18USC242; 18USC241; 42USC1983; 42USC1981; etc.

4. Idrogo has long been ready to prosecute the case in the District Court and has on the record declared ready for pre-trial conference; as a matter of law and fact, this case must be remanded with instructions for a jury trial, etc. The lower courts have purposely ignored Idrogo motions and fact and have fabricated a charade that includes violation of Constitutional Right to Represent Oneself in a court, violation of Constitutional Right of Access to a Court, fraud, extortion, etc. An order has been issued by a court that is not even involved in the case while no hearing has been had in that court by any party in this case – a fraud of (and complain unconstitutional) absentia court proceeding; complain unconstitutional and deprivation of civil rights; fraud; cover-up of corruption.

Appellant Idrogo witnessed: Donna McKinney, State District Judge(s), et alia; scheduled a void hearing on Tuesday 28 April 2015 for Idrogo v. Garrahan 2010-CI-12389 (in State District Court) while case is removed to United States District Court. Idrogo thereafter received a postcard from Donna McKinney (et alia) that reads "IN THE 225TH DISTRICT COURT OF BEXAR COUNTY, TEXAS, A JUDGMENT/ORDER/DECREE WAS SIGNED BY THE HONORABLE JOHN D. GABRIEL, JR. PRESIDING ON THE 1ST DAY OF APRIL A.D., 2015. A COPY OF THIS DOCUMENT IS AVAILABLE AT THE ABOVE ADDRESS." .. of which Idrogo complains is a self-evident FRAUD, (felony) RETALIATION, OBSTRUCTION OF JUSTICE, back-dated charade, DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW [42USC1983, 42USC1981, 18USC242, 18USC241, etc]; and to which Idrogo demands the immediate arrest of McKinney, Gabriel, et alia.

In the interest of justice, Michael Idrogo, Public Servant candidate, State of Texas, Plaintiff/Relator/Appellant demands immediate arrest of: Donna McKinney, 2 Deputies, Susan L. Parmerleau, (D.A. and staff D.A. attorneys; including Clifford Herberg, Dinah Gaines, Brent Lee VanGheluwe, as necessary), State District Judge(s), et alia, (and others yet to be named) who scheduled void hearing Tuesday 28 2015 April for Idrogo v. Garrahan 2010-CI-12389 (in State District Court) while case is removed to United States District Court. Idrogo complains that it is self-evident two deputies (yet to be named) entered into the office of a Shirley (clerk of the 150th State District Court) for the ulterior intent of intimidating pro-se litigant and Public Servant Idrogo on Tuesday 28 April 2015 (Idrogo complains two deputies are servants of respondeat superiors Susan Parmerleau, State District Judge(s) who scheduled void hearing; et alia and other(s) yet to be named; complain all acting in ultra vires; complain all acting without jurisdiction; etc.) Idrogo complains of the above named for criminal Obstruction of Justice, criminal Felony Retaliation, criminal cover up (alleged prostitution & burglary rings directed by State District Judge(s)); criminal assault, criminal assault on a Public Servant, criminal Official Oppression, criminal Abuse of Office, criminal violation of Moral Turpitude, criminal violation of Texas Communism law, criminal violation of Equal Protection, violation of 1st Amendment, violation of Right of Access to the Courts, violation of 14th Amendment, violation of State official(s) act(s) to interfere with an election(s), criminal deprivation of rights under color of law 18USC242; criminal conspiracy for deprivation of civil rights under color of law 18USC241; deprivation of civil rights under color of law 42USC1983, deprivation of civil rights 42USC1981, etc. Demand is made for immediate arrest of: Donna McKinney; 2 Deputies (yet to be named); Susan L. Parmerleau; and State District Judge(s) who scheduled void hearing Tuesday 28 April 2015 for Idrogo v. Garrahan 2010-CI-12389; demand for fullest prosecution (in official and individual capacities) and maximum sentencing. Idrogo has witnessed other deputies act same in the same courthouse in the past.

## PREGO ORATIO'NEM (PRAYER)

Plaintiff/Relator/Appellant, in the interest of justice and as a matter of law, prays for granting of judgment in Plaintiff/Relator/Appellant's favor and that Plaintiff/Relator/Appellant have such other and further relief to which Plaintiff/Relator/Appellant may show justly entitled.

Declared to the best of my belief, pursuant $1^{st}/14^{th}$ Amend.,Bill of Rights, U.S. Const., TX Const., laws enforcing, without prejudice U.C.C. Filed on this date by mailbox.

Michael Idrogo, Plaintiff/Relator, deputized Federal Court 1989, Public Servant, State of Texas (candidate for Federal office); Navy commander veteran of foreign wars
317 West Rosewood Avenue
San Antonio, Texas 78212
    copy: Attorney General of the United States, Federal authorities, State authorities

*IF APPEALS DOES NOT ARREST; FEDS CAN ARREST.*

## - AFFIRMATION -

STATE OF TEXAS
COUNTY OF BEXAR
I, petitioner, Michael Idrogo, do declared and affirm the above is correct to the best of my observation, recollection, & belief. Declared to the best of my belief, pursuant $1^{st}/14^{th}$ Amend., Bill of Rights, U.S.Const., TX Const., & laws enforcing, without prejudice U.C.C.

_____     _____
Date                          Michael Idrogo, Plaintiff/Relator, Public Servant, State of Texas, (candidate for Federal office)

# Donna Kay McKinney

Bexar County District Clerk
101 W. Nueva Suite 217
San Antonio, TX 78205
Return Service Requested


US POSTAGE $00.26

RULE 306A
OFFICIAL NOTICE

ZIP 78205

2010-CI-12389          4/30/2015
MICHAEL IDROGO
   VS
SARAH GARRAHAN ET AL
IN THE 225TH DISTRICT COURT
OF BEXAR COUNTY, TEXAS, A
JUDGMENT/ORDER/DECREE WAS
SIGNED BY THE HONORABLE
JOHN D. GABRIEL, JR.
PRESIDING ON THE  1ST DAY OF
APRIL A.D., 2015.
A COPY OF THIS DOCUMENT IS
AVAILABLE AT THE ABOVE ADDRESS

MICHAEL IDROGO
317 W ROSEWOOD AVE
SAN ANTONIO TX 78212

EXHIBIT 001



# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-15-00328-CV

Michael **IDROGO**,
Appellant

v.

Sarah **GARRAHAN**, Et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12389
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On May 27, 2015, Michael Idrogo filed a notice of appeal. In his notice of appeal, he complains of the trial court failing to rule on his motion for default judgment. Nowhere in the notice of appeal does appellant refer to a final, appealable order signed by the trial court. *See* TEX. R. APP. P. 25.1(d); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that a judgment or order is final for purposes of appeal if it actually disposes of all pending parties and claims before the court). Nor does appellant point to an appealable interlocutory order. *See, e.g.*, TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Thus, it does not appear from appellant's notice of appeal that we have jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause in writing by **June 22, 2015** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

Michael Idrogo, Public Servant, State of Texas,    (     No. 04-15-00328-CV

Plaintiff/Relator/Appellant,    (

   (

v.    (     Dist. Court Case No. 2010-CI-12389

   (

Sarah Garrahan, et alia (in official and    (     Jury Trial Demand; demand for immediate

individual capacities), and others yet to be    (     suspension of county personnel

named, Defendants/Respondents,    (     pending trial

**MOTION FOR IMMEDIATE ARREST OF: DONNA MCKINNEY, 2 DEPUTIES, SUSAN L. *PARMERLEAU, JOHN D. GABRIEL, JR.,* STATE DISTRICT JUDGE(S), ET ALIA, WHO SCHEDULED VOID HEARING TUESDAY 28 APRIL 2015 FOR IDROGO V. GARRAHAN 2010-CI-12389**

Michael Idrogo, Public Servant, State of Texas, Plaintiff/Relator filed this Appeal and complains of the following:

1. On Friday 18 December 2014, Judge Nellermoe acknowledge the other parties had not appeared at a hearing for dismissal; Idrogo filed a motion for default judgment – which has yet to be ruled in favor of Idrogo since the other parties did not appear at the hearing.

2. TRCP requires one of the other parties to file a motion for dismissal; none of the other parties filed a motion for dismissal.

3. At the 18 December 2014 hearing; a staff attorney met with Idrogo and Idrogo stated he was ready for pre-trial conference and had so filed a motion prior to the 18th of December 2014. At the next hearing Idrogo pointed out the outstanding Motion For Default Judgment and Idrogo's filing declaring ready for pre-trial conference; both of which were ignored by the same staff attorney, a Black man, who never gave his name; Idrogo complains of Deprivation of Civil Rights; Violation of Equal Rights; Violation of Due Process; Discrimination on the Basis of Race; (felony) Retaliation; Official Oppression; Aabuse of Office; 18USC242; 18USC241; 42USC1983; 42USC1981; etc.

4. Idrogo has long been ready to prosecute the case in the District Court and has on the record declared ready for pre-trial conference; as a matter of law and fact, this case must be remanded with instructions for a jury trial, etc. The lower courts have purposely ignored Idrogo motions and fact and have fabricated a charade that includes violation of Constitutional Right to Represent Oneself in a court, violation of Constitutional Right of Access to a Court, fraud, extortion, etc. An order has been issued by a court that is not even involved in the case while no hearing has been had in that court by any party in this case – a fraud of (and complain unconstitutional) absentia court proceeding; complain unconstitutional and deprivation of civil rights; fraud; cover-up of corruption.

Appellant Idrogo witnessed: Donna McKinney, State District Judge(s), et alia; scheduled a void hearing on Tuesday 28 April 2015 for Idrogo v. Garrahan 2010-CI-12389 (in State District Court) while case is removed to United States District Court. Idrogo thereafter received a postcard from Donna McKinney (et alia) that reads "IN THE 225TH DISTRICT COURT OF BEXAR COUNTY, TEXAS, A JUDGMENT/ORDER/DECREE WAS SIGNED BY THE HONORABLE JOHN D. GABRIEL, JR. PRESIDING ON THE 1ST DAY OF APRIL A.D., 2015. A COPY OF THIS DOCUMENT IS AVAILABLE AT THE ABOVE ADDRESS." .. of which Idrogo complains is a self-evident FRAUD, (felony) RETALIATION, OBSTRUCTION OF JUSTICE, back-dated charade, DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW [42USC1983, 42USC1981, 18USC242, 18USC241, etc]; and to which Idrogo demands the immediate arrest of McKinney, Gabriel, et alia.

In the interest of justice, Michael Idrogo, Public Servant candidate, State of Texas, Plaintiff/Relator filed this Motion For Immediate Arrest Of: Donna McKinney, 2 Deputies, Susan L. Parmerleau, (D.A. and staff D.A. attorneys; including Clifford Herberg, Dinah Gaines, Brent Lee VanGheluwe, as necessary), State District Judge(s), et alia, (and others yet to be named) Who Scheduled Void Hearing Tuesday 28 2015 April For Idrogo v. Garrahan 2010-CI-12389 (in State District Court) while case is removed to United States District Court. Idrogo complains that it is self-evident two deputies (yet to be named) entered into the office of a Shirley (clerk of the 150th State District Court) for the ulterior intent of intimidating pro-se litigant and Public Servant Idrogo on Tuesday 28 April 2015 (Idrogo complains two deputies are servants of respondeat superiors Susan Parmerleau, State District Judge(s) who scheduled void hearing; et alia and other(s) yet to be named; complain all acting in ultra vires; complain all acting without jurisdiction; etc.) Idrogo complains of the above named for criminal Obstruction of Justice, criminal Felony Retaliation, criminal cover up (alleged prostitution & burglary rings directed by State District Judge(s)); criminal assault, criminal assault on a Public Servant, criminal Official Oppression, criminal Abuse of Office, criminal violation of Moral Turpitude, criminal violation of Texas Communism law, criminal violation of Equal Protection, violation of 1st Amendment, violation of Right of Access to the Courts, violation of 14th Amendment, violation of State official(s) act(s) to interfere with an election(s), criminal deprivation of rights under color of law 18USC242; criminal conspiracy for deprivation of civil rights under color of law 18USC241; deprivation of civil rights under color of law 42USC1983, deprivation of civil rights 42USC1981, etc. Demand is made for immediate arrest of: Donna McKinney; 2 Deputies (yet to be named); Susan L. Parmerleau; and State District Judge(s) who scheduled void hearing Tuesday 28 April 2015 for Idrogo v. Garrahan 2010-CI-12389; demand for fullest prosecution (in official and individual capacities) and maximum sentencing. Idrogo has witnessed other deputies act same in the same courthouse in the past.

# PREGO ORATIO'NEM (PRAYER)

Plaintiff/Relator/Appellant, in the interest of justice and as a matter of law, prays for granting of this motion and for judgment in Plaintiff/Relator/Appellant's favor and that Plaintiff/Relator/Appellant have such other and further relief to which Plaintiff/Relator/Appellant may show justly entitled.

Declared to the best of my belief, pursuant 1st/14th Amend.,Bill of Rights, U.S. Const., TX Const., laws enforcing, without prejudice U.C.C. Filed on this date by mailbox.

Michael Idrogo, Plaintiff/Relator, deputized Federal Court 1989, Public Servant, State of Texas (candidate for Federal office);
Navy commander veteran of foreign wars
317 West Rosewood Avenue
San Antonio, Texas 78212
copy: Attorney General of the United States, Federal authorities, State authorities


## – AFFIRMATION –

STATE OF TEXAS
COUNTY OF BEXAR
I, petitioner, Michael Idrogo, do declared and affirm the above is correct to the best of my observation, recollection, & belief. Declared to the best of my belief, pursuant 1st/14th Amend., Bill of Rights, U.S.Const., TX Const., & laws enforcing, without prejudice U.C.C.

Date           Michael Idrogo, Plaintiff/Relator, Public Servant, State of Texas, (candidate for Federal office)

SAN ANTONIO TX 780X
RIO GRANDE DISTRICT
16 JUN 2015 PM 2 L

CLERK
COURT OF APPEALS, 4TH DISTRICT
100 DOLOROSA, SUITE 1200
SAN ANTONIO, TX 78205-3037

78205300250

2015 JUN 18 PM 1:37
KEITH E. HOTTLE, CLERK
Keith E. Hottle